### 17890. FOUTS *v.* THE STATE.

BROYLES, C. J. The venue of the offense charged was sufficiently proved; the verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial require another hearing of the case.          *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1927.

Forgery; from Gordon superior court—Judge Tarver. November 27, 1926.

Forgery, 26 C. J. p. 971, n. 69; p. 975, n. 94.

J. H. Paschall, J. M. Lang, for plaintiff in error.

C. C. Pittman, solicitor-general, J. C. Mitchell, solicitor-general, contra.